AO 442 (Rev. 11/11) Arrest Warrant **SEALED** #1099880l

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
August 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MG CIENEGA
DEPUTY

United States of America
v.
KARINA GARCIA

Case No. DR-26-CR-2066 (01) AM

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* KARINA GARCIA, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE INDICTMENT

U.S. MARSHALS SERVICE
RECEIVED

DEL RIO, TX

Date: 07/22/2026

*Issuing officer's signature*

C. Rodriguez, U.S. Deputy Clerk
*Printed name and title*

City and state: Del Rio, Texas

U.S. Magistrate Judge Joseph A. Cordova
*Judicial Officer's Name*

Bail fixed at $: DETAIN

**Return**

This warrant was received on *(date)* 07/23/2026, and the person was arrested on *(date)* 08/16/2026 at *(city and state)* Del Rio, TX.

Date: 08/17/2026

*Arresting officer's signature*

Crystal Pon, IA USMS
*Printed name and title*